**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00521-CR
No. 05-13-00522-CR
No. 05-13-00523-CR

**DAVID CHUMBLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-51536-I, F11-51537-I, F11-00261-I**

## ORDER

The Court **REINSTATES** the appeal.

On August 27, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that the cases involve plea bargains and the trial court certified appellant has no right to appeal. We will dispose of the appeals in due course.

/s/    LANA MYERS
JUSTICE